UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 04-111(RHK/AJR)
Civil No. 06-3679 (RHK)

UNITED STATES OF AMERICA)
                                                )
                    Appellee,        )
                                                )      **ORDER**
                    v.                   )
                                                )
CAMERON MAURICE STEVENS,    )
                                                )
                    Appellant.       )

The Court hereby grants the respondent's request for an extension in the above-referenced matter.  The Government's response is due October 13, 2006.

Dated: 10/10/06

s/Richard H. Kyle
The Honorable Richard H. Kyle
United States District Judge