# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cameron Maurice Stevens, | Civil No. 06-3679 (RHK) |
| Petitioner, | Criminal No. 04-111 (1) (RHK/AJB) |
| vs. | **ORDER** |
| United States of America, | |
| Respondent. | |

Petitioner's "Motion for Reconsideration of Denial of 28.2255 Motion" (Doc. No. 85) is **DENIED.**

Dated: February 9, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge