**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 04-111 (RHK/AJB) |
| Plaintiff, | **ORDER FOR APPOINTMENT** |
| v. | **OF COUNSEL** |
| Cameron Stevens, | |
| Defendant. | |

---

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: July 24, 2008        s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge